```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
   FORT PIERCE DIVISION
CASE NO. 11-14046-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ADAN LEONIDES CATARINO,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 22, 2011. A Report and Recommendation filed on September 28, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Count in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of November, 2011.

                                          _____
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Julia Paylor, AUSA
        Ruben Garcia, AFPD